GIBSON, DUNN & CRUTCHER LLP
SAMUEL G. LIVERSIDGE (*pro hac vice*)
JAY P. SRINIVASAN (*pro hac vice*)
S. CHRISTOPHER WHITTAKER (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (NV Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169
Telephone:  702.667.4843
Facsimile:   702.567.1568
wwa@h2law.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
BORIS BERSHTEYN (*pro hac vice*)
KAREN HOFFMAN LENT (*pro hac vice*)
One Manhattan West
New York, NY  10001-8602
Telephone:  212.735.3000
Facsimile:   917.777.2000
boris.bershteyn@skadden.com
karen.lent@skadden.com

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*

[*Additional Attorneys Listed In Signature Block*]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROSENBAUM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00103-GMN-MDC<br><br>**STIPULATION AND ORDER TO SUSPEND DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINTS**<br><br>**(SECOND REQUEST)** |
| ANDREW CAPLEN INSTALLATIONS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00150-GMN-MDC |

| | | |
|---|---|---|
| 1 | THESE PAWS WERE MADE FOR WALKIN' LLC, *et al.*, | CASE NO. 2:24-cv-00164-GMN-MDC |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | PERMIAN RESOURCES CORP., *et al.*, | |
| 6 | Defendants. | |
| 7 | JOHN MELLOR, on behalf of himself and all others similarly situated, | CASE NO. 2:24-CV-00253-GMN-DJA |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | PERMIAN RESOURCES CORP., *et al.*, | |
| | Defendants. | |
| 12 | BARBARA AND PHILLIP MACDOWELL, individually and on behalf of all others similarly situated, | CASE NO. 2:24-CV-00325-GMN-EJY |
| 13 | | |
| 14 | | |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | PERMIAN RESOURCES CORP., *et al.*, | |
| | Defendants. | |

Pursuant to Local Rules 7-1 and IA 6-1, Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron (the "*Rosenbaum* Plaintiffs"), Andrew Caplen Installations, LLC, and Edward Allegretti, D/B/A Alfred Auto Center (the "*Andrew Caplen* Plaintiffs"), These Paws Were Made For Walkin' LLC ("These Paws Were Made For Walkin'"), John Mellor, and Barbara and Phillip MacDowell (together, "Plaintiffs") and all Defendants in these actions, Permian Resources Corporation, Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, Pioneer Natural Resources Company (together, "Defendants")[1], by and through their respective counsel and pending the Court's approval, hereby stipulate as follows:

WHEREAS, the *Rosenbaum* Plaintiffs filed their Complaint against Defendants on January 12, 2024 (Case No. 2:24-cv-00103, ECF No. 1);

WHEREAS, the Court granted the stipulation filed by the *Rosenbaum* Plaintiffs and Defendants extending the deadline for Defendants to answer or otherwise respond to the *Rosenbaum* Complaint to April 8, 2024 on February 1, 2024 (Case No. 2:24-cv-00103, ECF No. 35);

WHEREAS, the *Andrew Caplen* Plaintiffs filed their Complaint against Defendants on January 22, 2024 (Case No. 2:24-cv-00150, ECF No. 1);

WHEREAS, the *Andrew Caplen* Plaintiffs served their Complaint on Defendants on January 30, 2024, and Defendants' current deadline to answer or otherwise respond to the *Andrew Caplen* complaint is February 20, 2024;

WHEREAS, These Paws Were Made For Walkin' filed its Complaint against Defendants on January 24, 2024 (Case No. 2:24-cv-00164, ECF No. 1);

WHEREAS, the Court consolidated the *Rosenbaum*, *Andrew Caplen*, and *These Paws Were Made For Walkin'* actions on January 29, 2024 (Case No. 2:24-cv-00103, ECF No. 31; Case No. 2:24-cv-00150, ECF No. 12; Case No. 2:24-cv-00164, ECF No. 8);

---

[1] By entering into this stipulation, none of the Defendants are waiving any of their potential defenses or arguments to this action, including but not limited to those related to personal jurisdiction and venue.

WHEREAS, John Mellor filed his Complaint against Defendants on February 6, 2024 (Case No. 2:24-cv-00253, ECF No. 1);

WHEREAS, on February 12, 2024, the *Mellor* action was assigned to this Court (Case No. 2:24-cv-00253, ECF No. 8)[2];

WHEREAS, Barbara and Phillip MacDowell filed their Complaint against Defendants on February 15, 2024 (Case No. 2:24-cv-00325, ECF No. 1);

WHEREAS, on February 15, 2024, the *MacDowell* action was assigned to this Court (Case No. 2:24-cv-00325, ECF No. 5);[3]

WHEREAS, the Court ordered the parties in *Rosenbaum*, *Andrew Caplen*, and *These Paws Were Made For Walkin'* to appear for a hearing on March 4 to discuss "whether venue is proper in Nevada and whether this Court may properly exercise personal jurisdiction over Defendants" (Case No. 2:24-cv-00103, ECF No. 34)[4];

WHEREAS, good cause exists to suspend Defendants' obligations to answer or otherwise respond to the *Rosenbaum*, *Andrew Caplen*, *These Paws Were Made For Walkin'*, *Mellor, and MacDowell* Complaints. *First*, the Court set a hearing for March 4, 2024 to consider "whether venue is proper in Nevada and whether this Court may properly exercise personal jurisdiction over the Defendants." Case No. 2:24-cv-00103, ECF No. 34. *Second*, additional time is required so that the parties and the Court may determine whether and which of the non-consolidated actions should be consolidated or coordinated with this action. *Third*, this is the second request related to

---

[2] A notice of related cases has been filed in *Mellor*, indicating that it is related to *Rosenbaum*, *Andrew Caplen*, and *These Paws Were Made For Walkin'*. Case No. 2:24-cv-00253, ECF No. 9. Notices of related cases have been filed as well as in *Courtmanche et al. v Permian Resources Corp. et al.*, No. 2:24-cv-00198 (ECF No. 10); *Olsen Santillo v. Permian Resources Corp. et al.*, Case No. 2:24-cv-00279 (ECF Nos. 4 and 5), and *Beaumont v. Permian Resources Corp. et al.*, Case No. 2:24-cv-00298 (ECF No. 2). Corresponding notices have been filed in this Court. *See* Notices of Related Cases in *Rosenbaum*, Case No. 2:24-cv-00103, ECF Nos. 23 (*Courtmanche*), 58 (*Mellor*), 92 (*Santillo*), 96 (*Beaumont*). The parties' position is that all of the actions noticed as related should be coordinated or consolidated with the previously consolidated cases *Rosenbaum*, *Andrew Caplen*, and *These Paws Were Made For Walkin'*.

[3] Plaintiffs anticipate imminently filing a notice of related case in *MacDowell et al v. Permian Resources Corp. f/k/a Centennial Resource Development, Inc.* et al., Case No. 2:24-cv-00325.

[4] The parties also believe that all parties in the *Mellor, Courtmanche*, *Santillo*, *Beaumont* and *MacDowell* actions should participate in the March 4, 2024 hearing.

the deadline for Defendants to respond to the *Rosenbaum* Complaint, this is the first request related to the deadline for Defendants to respond to the *Andrew Caplen*, *These Paws Were Made For Walkin*, *Mellor*, and *MacDowell* Complaints, and this request is not made for the purpose of delay.

NOW, THEREFORE, the parties have agreed, and respectfully submit for approval by the Court the following:

1. The current deadline of February 20, 2024 for Defendants to answer or otherwise respond to the *Andrew Caplen* Complaint is suspended.
2. The current deadline of April 8, 2024 for Defendants to answer or otherwise respond to the *Rosenbaum* Complaint is suspended.
3. Any obligations for Defendants to answer or otherwise respond to the *These Paws Were Made For Walkin'*, *Mellor*, or *MacDowell* Complaints that may arise from Defendants being served with the Complaints or waiving service shall be suspended.
4. If so directed at the March 4, 2024 hearing, the parties will submit a proposed schedule for answering or otherwise responding to the Complaints, including proposed briefing schedules for any motions to dismiss.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: February 16, 2024 | Dated: February 16, 2024 |
| 2 | HOWARD & HOWARD ATTORNEYS PLLC | MORRIS, SULLIVAN & LEMKUL, LLP |
| 3 | W. WEST ALLEN (NV Bar No. 5566) | |

Dated: February 16, 2024

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (NV Bar No. 5566)

By: /s/ W. West Allen
       W. West Allen

GIBSON, DUNN & CRUTCHER LLP
Samuel G. Liversidge (*pro hac vice*)
Jay P. Srinivasan (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Boris Bershteyn (*pro hac vice*)
Karen Hoffman Lent (*pro hac*)

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*

Dated: February 16, 2024

By: /s/ E. Leif Reid

E. Leif Reid
LEWIS ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (775) 321-3415
lreid@lewisroca.com

Jeffrey L. Kessler (*pro hac vice*)
Jeffrey J. Amato (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
jkessler@winston.com
jamato@winston.com

Thomas M. Melsheimer (*pro hac vice*)
Thomas B. Walsh, IV (*pro hac vice*)
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (212) 294-6700

Dated: February 16, 2024

MORRIS, SULLIVAN & LEMKUL, LLP

By: */s/ Christopher A. Turtzo*
Christopher A. Turtzo; NV Bar No. 10253
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com

*Local Counsel for Rosenbaum Plaintiffs*

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Patrick J. Coughlin (*pro hac vice* pending)
Carmen Medici (*pro hac vice*)
Fatima Brizuela (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com
dbrockwell@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
Isabella De Lisi (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
idelisi@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Patrick Rodriguez (*pro hac vice* forthcoming)
230 Park Ave., 17th Floor
New York, NY 11069
Tel: (212) 223-6444
prodriguez@scott-scott.com

| | |
|---|---|
| tmelsheimer@winston.com<br>twalsh@winston.com | *Counsel for Rosenbaum Plaintiffs* |
| *Attorneys for Defendant*<br>DIAMONDBACK ENERGY, INC. | Dated:  February 16, 2024 |
| Dated:  February 16, 2024 | By: */s/ Robert T. Eglet*<br>Robert T. Eglet; NV Bar No. 3402 |
| By: */s/ J. Colby Williams*<br>　　　J. Colby Williams, Esq. | Artemus W. Ham, IV; NV Bar No. 7001<br>Erica D. Entsminger; NV Bar No. 7432<br>EGLET ADAMS EGLET HAM &<br>HENRIOD |
| CAMPBELL & WILLIAMS<br>J. COLBY WILLIAMS, ESQ. (5549)<br>PHILIP R. ERWIN, ESQ. (11563)<br>710 South Seventh Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-5222<br>jcw@cwlawlv.com<br>pre@cwlawlv.com | 400 South Street, Suite 400<br>Las Vegas, Nevada 89101<br>Telephone: (702): 450-5400<br>Facsimile: (702) 450-5451<br>eservice@egletlaw.com<br><br>Brent W. Johnson (*pro hac vice* pending)<br>Benjamin Brown (*pro hac vice*)<br>Robert W. Cobbs (*pro hac vice*)<br>Nina Jaffe-Geffner (*pro hac vice* pending) |
| LATHAM & WATKINS LLP | COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue NW, 5th Floor<br>Washington, DC 20005 |
| MARGUERITE M. SULLIVAN (*pro hac vice* pending)<br>JASON D. CRUISE (*pro hac vice* forthcoming)<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Marguerite.Sullivan@lw.com<br>Jason.Cruise@lw.com | Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>bjohnson@cohenmilstein.com<br>bbrown@cohenmilstein.com<br>rcobbs@cohenmilstein.com<br>njaffegeffner@cohenmilstein.com<br><br>Michael Eisenkraft (*pro hac vice*)<br>Christopher Bateman (*pro hac vice*) |
| LAWRENCE E. BUTERMAN (*pro hac vice* pending)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Lawrence.Buterman@lw.com | Aaron Marks (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>88 Pine Street, 14th Floor<br>New York, New York 10005<br>Telephone: (212) 883-7797<br>meisenkraft@cohenmilstein.com<br>cbateman@cohenmilstein.com |
| *Attorneys for Defendant*<br>CHESAPEAKE ENERGY CORPORATION | amarks@cohenmilstein.com |
| Dated:  February 16, 2024 | *Proposed Interim Counsel for Andrew Caplen Plaintiffs and the Proposed Class* |
| HOLLEY DRIGGS LTD<br>NICHOLAS J. SANTORO (NV Bar No. 532) | |

| | | |
|---|---|---|
| 1 | F. THOMAS EDWARDS (NV Bar No. 9549) | |
| 2 | | Dated: February 16, 2024 |
| 3 | By: /s/ Nicholas J. Santoro | |
| |     Nicholas J. Santoro | By: /s/ Martin A. Muckleroy |
| 4 | | Martin A. Muckleroy |
| 5 | WACHTELL, LIPTON, ROSEN & KATZ | MUCKLEROY LUNT, LLC |
| | Kevin S. Schwartz (*pro hac vice*) | 6077 S. Fort Apache Rd., Ste 140 |
| 6 | David A. Papirnik (*pro hac vice*) | Las Vegas, NV 89148 |
| | | Phone (702) 907-0097 |
| 7 | | Fax (702) 938-4065 |
| 8 | *Attorneys for Defendant* | martin@muckleroylunt.com |
| | HESS CORPORATION | |
| 9 | | Brian D. Clark (*pro hac vice*) |
| | Dated: February 16, 2024 | Rebecca A. Peterson (*pro hac vice*) |
| 10 | | Stephen J. Teti (*pro hac vice*) |
| 11 | By: /s/ Devora W. Allon | Arielle S. Wagner (*pro hac vice*) |
| |     Devora W. Allon | LOCKRIDGE GRINDAL NAUEN PLLP |
| 12 | | 100 Washington Avenue S, Suite 2200 |
| | | Minneapolis, MN 55401 |
| 13 | Devora W. Allon (*pro hac vice* forthcoming) | Phone: (612) 339-6900 |
| 14 | KIRKLAND & ELLIS LLP | Fax: (612) 339-0981 |
| | 601 Lexington Avenue | bdclark@locklaw.com |
| 15 | New York, NY 10022 | rapeterson@locklaw.com |
| | devora.allon@kirkland.com | sjteti@locklaw.com |
| 16 | Telephone: 212-446-5967 | aswagner@locklaw.com |
| 17 | Facsimile: 212-446-4900 | |
| | | *Proposed Interim Lead Counsel for Plaintiff* |
| 18 | Jeffrey J. Zeiger (*pro hac vice* forthcoming) | *These Paws Were Made For Walkin' and the* |
| | KIRKLAND & ELLIS LLP | *Proposed Classes* |
| 19 | 300 North LaSalle | |
| | Chicago, IL 60654 | |
| 20 | jzeiger@kirkland.com | Dated: February 16, 2024 |
| 21 | Telephone: 312-862-3237 | |
| | Facsimile: 312-862-2200 | |
| 22 | | By: /s/ Jennifer A. Fornetti |
| | Akhil K. Gola (*pro hac vice* forthcoming) | MARK J. BOURASSA, ESQ. (NBN 7999) |
| 23 | KIRKLAND & ELLIS LLP | JENNIFER A. FORNETTI, ESQ. (NBN 7644) |
| 24 | 1301 Pennsylvania Avenue, N.W. | VALERIE S. CHRISTIAN ESQ. (NBN 14716) |
| | Washington, D.C. 20004 | |
| 25 | akhil.gola@kirkland.com | THE BOURASSA LAW GROUP |
| | Telephone: 202-389-3256 | 2350 W. Charleston Blvd., Suite 100 |
| 26 | Facsimile: 202-389-5200 | Las Vegas, Nevada 89102 |
| 27 | | Telephone: (702) 851-2180 |
| | *Attorneys for Defendant* | Facsimile: (702) 851-2189 |
| 28 | OCCIDENTAL PETROLEUM | Email: mbourassa@blgwins.com |
| | CORPORATION | jfornetti@blgwins.com |

Gibson, Dunn & Crutcher LLP

8

| | |
|---|---|
| Dated: February 16, 2024<br><br>By: */s/ Christopher E. Ondeck*<br>    Christopher E. Ondeck<br><br>PROSKAUER ROSE LLP<br>CHRISTOPHER E. ONDECK (*pro hac vice* forthcoming)<br>STEPHEN R. CHUK (*pro hac vice* forthcoming)<br>1001 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20004<br>TELEPHONE: (202) 416-6800<br>condeck@proskauer.com<br>schuk@proskauer.com<br><br>KYLE A. CASAZZA (*pro hac vice* forthcoming)<br>2029 CENTURY PARK EAST, SUITE 2400<br>LOS ANGELES, CA 90067-3010<br>TELEPHONE: (310) 284-5677<br>kcasazza@proskauer.com<br><br>WHITTEN BURRAGE<br>MICHAEL BURRAGE (*pro hac vice* forthcoming)<br>512 NORTH BROADWAY AVENUE, STE 300<br>OKLAHOMA CITY, OK 73102<br>TELEPHONE: (888) 783-0351<br>mburrage@whittenburragelaw.com<br><br>*Attorneys for Defendant CONTINENTAL RESOURCES, INC.*<br><br>Dated: February 16, 2024<br><br>McDONALD CARANO LLP<br>KRISTEN T. GALLAGHER (NV Bar No. 9561)<br><br><br>By: */s/ Kristen t. Gallagher*<br>    Kristen T. Gallagher<br>2300 West Sahara Ave., Suite 1200 | vchristian@blgwins.com<br><br>STUART G. GROSS (*Pro Hac Vice to Be Filed*)<br>TRAVIS H. SMITH (*Pro Hac Vice to Be Filed*)<br>GROSS KLEIN PC<br>The Embarcadero<br>Pier 9, Suite 100<br>San Francisco, CA 94111<br>Telephone: (415) 671-4628<br>Facsimile: (415) 480-6688<br>sgross@grosskleinlaw.com<br>tsmith@grosskleinlaw.com<br><br>TODD M. SCHNEIDER (*Pro Hac Vice to Be Filed*)<br>MATTHEW S. WEILER (*Pro Hac Vice to Be Filed*)<br>SCHNEIDER WALLACE COTTRELL KONECKY, LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br>tschneider@schneiderwallace.com<br>mweiler@schneiderwallace.com<br><br>*Attorneys for Plaintiff John Mellor and the Proposed Classes*<br><br><br><br>Dated: February 16, 2024<br><br>By: */s/ Matthew T. Dushoff*<br><br>MATTHEW T. DUSHOFF, ESQ.<br>Nevada Bar No. 004975<br>WILLIAM A. GONZALES, ESQ.<br>Nevada Bar No. 015230<br>SALTZMAN MUGAN DUSHOFF<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>Telephone: (702) 405-8500<br>Facsimile: (702) 405-8501<br>mdushoff@nvbusinesslaw.com |

| | |
|---|---|
| Las Vegas, NV 89102<br>kgallagher@mcdonaldcarano.com | wgonzales@nvbusinesslaw.com |

VINSON & ELKINS LLP
Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979–6900
Facsimile: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald (*pro hac vice*)
Adam L. Hudes (*pro hac vice forthcoming*)
Stephen M. Medlock (*pro hac vice pending*)
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
cseebald@velaw.com
ahudes@velaw.com
smedlock@velaw.com

*Attorneys for Defendant*
*PERMIAN RESOURCES CORPORATION*

Dated:  February 16, 2024

PISANELLI BICE PLLC

By: */s/ James J. Pisanelli*
James J. Pisanelli, Esq., #4027
Debra L. Spinelli, Esq., #9695
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

John M. Taladay (*pro hac vice* pending)
Christopher Wilson (*pro hac vice* pending)
Kelsey Paine (*pro hac vice* pending)
Megan Tankel (*pro hac vice* pending)
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, D.C. 20001-5692
Phone (202) 639-7909

---

William G. Caldes (*pro hac vice forthcoming*)
Jeffrey L. Spector (*pro hac vice forthcoming*)
Diana J. Zinser (*pro hac vice forthcoming*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 466-6611
bcaldes@srkattorneys.com
jspector@srkattorneys.com
dzinser@srkattorneys.com

Garrett D. Blanchfield (*pro hac vice forthcoming*)
Roberta A. Yard (*pro hac vice forthcoming*)
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
Tel: (651) 287-2100
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

David P. McLafferty (*pro hac vice forthcoming*)
MCLAFFERTY LAW FIRM, P.C.
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 940-4000
dmclafferty@mclaffertylaw.com

*Counsel for MacDowell Plaintiffs and the Proposed Classes*

Fax (202) 639-1165
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com
megan.tankel@bakerbotts.com

*Counsel for Defendant*
*EOG RESOURCES, INC.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 20, 2024