1
2
3          **UNITED STATES DISTRICT COURT**
4          **DISTRICT OF NEVADA**
              * * *
5
6  MacDowell *et al.*,                              Case No. 2:24-cv-00325-GMN-EJY
7              Plaintiffs,
                                                    **Order Transferring Case**
8     v.
9  Permian Resources Corp. *et al.*,
10             Defendants.

11    This matter is before the Court on its review of the docket.  The above-captioned case has
12 similar defendants and similar underlying allegations as other cases filed in this district.  *See*
13 *These Paws Were Made for Walkin' LLC, et al. v. Permian Resources Corp., et al.*, 2:24-cv-
14 00164-GMN-NJK, at ECF No. 8 (consolidating three cases against Permian Resources Corp. and
15 similar defendants under case number 2:24-cv-00103-GMN-MDC).  Although this case is not
16 ripe for consolidation with these other cases at this time, the undersigned magistrate judge,
17 assigned district judge, and magistrate judge assigned to the consolidated actions have consulted
18 and agreed that the judges handling the consolidated action should also handle this action to
19 preserve Court resources.  *See* Fed. R. Civ. P. 42(a)(3); LR 42-1(b).
20
21
22
23
24
25
26 ///
27 ///
28 ///

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to remove the Honorable Magistrate Judge Elayna J. Youchah from this case and replace her with the Honorable Magistrate Judge Maximiliano D. Couvillier III.

DATED: February 23, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE