**SEATING CHART**
**24–MD–3119 MLG- LF**
**In Re: Shale Oil Antitrust Litigation**
**Moton to Intervene**

DATE:    **Tuesday, July 15, 2025, at 9:30 a.m.**

**Stephen Chuck, Kurt Summer, Jeff Zeiger, Earl Debrine, Ben Feuchter**



_Fran Jennings__

Daniel Higgins___

_Billy Trabando_                    _Stephen Medlock__

_Tom Walsh_____                    _Boris Bershteyn_    _Candice Enders_

_Andrew Paik____                    _Brian Moore___    **Carmen Medici**_

Nicholas Smith___    _Melanie Jack_    _Karin Swope____    **Patrick Coughlin**

**Adam Steinhilber**                    **Chris Dodd**

# [BENCH]